

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

WILLIE EARL HATTEN, #60585     PLAINTIFF

VERSUS     CIVIL ACTION NO. 2:05cv2113KS-JMR

ANTHONY J. BUCKLEY, District Attorney
DENNIS BISNETTE, Assistant District Attorney
AND J. RONALD PARRISH, Assistant District Attorney     DEFENDANTS

## FINAL JUDGMENT

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the memorandum opinion issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed with prejudice and will count as a strike in accordance with 28 U.S.C. § 1915(g).

SO ORDERED AND ADJUDGED, this the 6th day of December, 2005.

_____
UNITED STATES DISTRICT JUDGE